IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DARRELL HAIRL JR., | |
| Plaintiffs. | Case No. 1:24-cv-03713 |
| v. | Judge Matthew F. Kennelly |
| UPS SUPPLY CHAIN SOLUTIONS, INC. and PARTNERS PERSONNEL – MANAGEMENT SERVICES, LLC | |
| Defendants. | |

**JOINT STATUS REPORT**

Pursuant to the Court's July 6, 2024 Order [Dkt. 13], the Parties submit the following Joint Status Report:

1. Pursuant to an arbitration agreement between Plaintiff and Defendant Partners Personnel-Management Services, LLC ("Partners Personnel"), all parties have agreed to arbitrate this matter in Illinois.

2. Specifically, although the arbitration agreement is between Plaintiff and Partners Personnel, the plain language of the agreement requires Plaintiff to also arbitrate his claims against related entities, including but not limited to any "clients, customers, or alleged joint employers."

3. Given that Plaintiff alleges that Defendant UPS Supply Chain Solutions, Inc. ("UPS") is a "joint employer," and because UPS is a client/customer of Partners Personnel, the arbitration agreement also covers claims against UPS.

4. Accordingly, the Parties have agreed to arbitrate Plaintiff's claims and jointly request that the Court stay the case pending the completion of arbitration. The parties have agreed to arbitrate before JAMS.

| | |
|---|---|
| Dated: July 15, 2024 | Respectfully submitted: |
| /s/ *Mohammed O. Badwan* <br> Mohammed O. Badwan, Esq. (Lead) <br> Sulaiman Law Group, Ltd <br> 2500 South Highland Ave., Suite 200 <br> Lombard, IL 60148 <br> (630) 575-8180 <br> mbadwan@sulaimanlaw.com <br> *Counsel for Plaintiff* | /s/ *Kelly Esenlohr-Moul (with consent)* <br> Kelly Eisenlohr-Moul, Esq. (Lead) <br> MARTENSON, HASBROUCK & SIMON LLP <br> 500 Davis Street, Ste 1003 <br> Evanston, Illinois 60201 <br> (224) 350-3123 <br> keisenlohr-moul@martensonlaw.com <br> *Counsel for Defendant, UPS Supply Chain Solutions, Inc.* <br><br> /s/ *Andrew S. Rosenman (with consent)* <br> Andrew S. Rosenman, Esq. (Lead) <br> MAYER BROWN LLP <br> 71 South Wacker Drive <br> Chicago, IL 60606 <br> 312-782-0600 <br> arosenman@mayerbrown.com <br> *Counsel for Defendant Partners Personnel - Management Services, LLC* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Mohammed O. Badwan*